UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SEEMA SHARMA, JAVED MUGHAL,
SHAIKH HAQ, GUL R. TARIQ,
ISHRAT SULTANA KHAN and
INDIRABEN PATEL,

               *Plaintiffs*,

      -against-

AIRPORT MANAGEMENT SERVICES, LLC
d/b/a HUDSON NEWS and
HUDSON GROUP (HG) RETAIL, LLC,

               *Defendants*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 16-cv-9109 (LAP)(GWG)

**PLEASE TAKE NOTICE** that the Memorandum filed by Defendants Airport Management Services, LLC d/b/a/ Hudson News and Hudson Group (HG) Retail, LLC, by their attorneys, DLA Piper LLP (US), requests that the Honorable Loretta Preska, United States District Judge, of the United States District Court, Southern District of New York, at 500 Pearl St., New York, NY 10007, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismiss with prejudice Counts IV and V of the Plaintiffs' Amended Complaint. The grounds upon which Defendants seek relief are set forth in detail in the accompanying Memorandum.

Date: March 10, 2017                                          **DLA PIPER LLP (US)**

By: */s/ Joseph Kernen*
Joseph Kernen, Esquire
One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, PA 19103-7300
(215) 656-3345
joseph.kernen@dlapiper.com

Garrett Kennedy, Esquire
1251 Avenue of the Americas
New York, NY  10020-1104
(212) 335-4708
Garrett.kennedy@dlapiper.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Joseph Kernen, certify that on March 10, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                           */s/  Joseph Kernen*